CLERKS OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
7/20/18
JULIA C. DUDLEY, CLERK
BY: s/ K. DOTSON
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| TECHINT SOLUTIONS GROUP, LLC., ) | | |
|     Plaintiff, ) | Civil Action No. 5:18-cv-00037 | |
| ) | | |
| v. ) | MEMORANDUM OPINION & ORDER | |
| ) | | |
| BRANDON SASNETT, ) | By:   Joel C. Hoppe | |
|     Defendant. ) | United States Magistrate Judge | |

This matter is before the Court on non-party Kevin Lutz's ("Lutz") motion to quash Plaintiff TechINT's third-party subpoena duces tecum and motion for a protective order ("motion"). ECF No. 59. The Court held a hearing on July 19, 2018, and the motion has been fully briefed, ECF Nos. 60, 71, 72, and is ripe for review. The Federal Rules of Civil Procedure allow the Court to quash or modify a subpoena. Fed. R. Civ. P. 45(d)(3). For the reasons stated on the record, the motion is GRANTED IN PART and TechINT's subpoena duces tecum is modified as follows:

- Request 1 is narrowed to exclude communications discussing purely personal matters (family pets, weddings, etc.) and privileged communications, as identified in Lutz's privilege log, ECF No. 72-3. Lutz shall produce the requested communications with Defendant Brandon Sasnett ("Sasnett") from September 1, 2017, through the present, regarding work or future-work plans.

- Requests 2, 3, and 4 all seek information regarding the kind and/or type of work Lutz has engaged in since his employment with TechINT ended. Lutz shall produce documents responsive to these requests regarding work performed with, or arranged or solicited by, Sasnett from September 1, 2017, through the present.

1

- Request 5 is sufficient as written. To the extent Lutz has documents responsive to this request in his control, he shall produce them.
- Lutz shall make these productions by August 8, 2018.

All other relief requested in the motion is hereby DENIED.

It is so ORDERED.

The Clerk shall deliver a copy of this Order to the parties.

ENTER: July 20, 2018

*Joel C. Hoppe*

Joel C. Hoppe
United States Magistrate Judge