CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
10/1/2018

JULIA C. DUDLEY, CLERK
BY: S/J.Vasquez

DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | | |
|---|---|---|
| TECHINT SOLUTIONS GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 5:18-cv-00037 |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| BRANDON SASNETT, | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

### ORDER STAYING CASE

Counsel for non-party Archie Stafford filed an amended suggestion of bankruptcy on September 28, 2019, advising that, on September 20, 2018, defendant Brandon Sasnett filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland (Baltimore Division). The court has confirmed the same on the Maryland court's public docket.

Accordingly, pursuant to 11 U.S.C. § 362(a), it is hereby **ORDERED** that this action is **STAYED** in its entirety, *nunc pro tunc* as of the date of the filing of the bankruptcy petition, until such time as the bankruptcy matter has been resolved or the stay is otherwise lifted.

As a result, the relief ordered in the court's September 27, 2018 memorandum opinion and order, which was filed after the bankruptcy petition, is hereby suspended.

The Clerk is directed to send copies of this order to all counsel of record.

Entered: October 1, 2018.

*/s/ Elizabeth K. Dillon*

Elizabeth K. Dillon
United States District Judge