IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

TECHINT SOLUTIONS GROUP, LLC,

    Plaintiff,

v.                                        Civil Action No. 5:18-cv-00037

BRANDON SASNETT, *et al.*

    Defendants.

## PLAINTIFF'S MOTION FOR DISMISSAL

Plaintiff TechINT Solutions Group, LLC, by counsel and pursuant to Fed. R. Civ. P. 41, moves to dismiss this action, with prejudice, pursuant to the terms of its Settlement Agreement with Defendant Brandon Sasnett.

WHEREFORE, Plaintiff requests dismissal of this action and has submitted a proposed Order for the Court's consideration.

                                                          TECHINT SOLUTIONS GROUP, LLC
                                                          By Counsel

/s/ Andrew S. Baugher
ANDREW S. BAUGHER (VSB #74663)
PATRICK C. ASPLIN (VSB #46620)
Flora Pettit PC
90 North Main Street, Suite 201
P. O. Box 1287
Harrisonburg, Virginia 22803
Tel: (540) 437-3138
Fax: (540) 437-3101
asb@fplegal.com
pca@fplegal.com
*Counsel for Plaintiff*

## CERTIFICATE

I hereby certify that on January 22, 2020, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, and also sent a true copy of the foregoing pleading by email and mail to:

> Brandon Sasnett, *pro se*
> 5317 Columbia Road, Apt. K
> Columbia, MD 21044
> brandon.sasnett@gmail.com

>                                     /s/ Andrew S. Baugher
>                                     *Counsel for Plaintiff*

804474